# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

"M.L." AND SON "R.P." ON
BEHALF OF AND AS THE
ATTORNEY-IN-FACT OF HIS
MOTHER, "A.P."

VERSUS

MAGNOLIA ASSISTED LIVING,
LLC; THOMAS MULLINS, JR.;
AND TAMMI DUHON

NO.   2022 CW 0791

**SEPTEMBER 12, 2022**

---

In Re:   Magnolia Assisted Living, LLC; Thomas Mullins, Jr.;
         and Tammi Duhon, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Assumption, No.
         115842.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                           **JEW**
                           **AHP**
                           **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT